IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARBOR MCELROY a/k/a LATWAHN MCELROY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. L. MUNIZ, et. al.,<br><br>　　　　　Defendants. | No. C 15-00042 EJD (PR)<br><br>ORDER OF DISMISSAL |

　　　　Plaintiff, a state prisoner at Salinas Valley State Prison, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2015, the Court conducted a preliminary screening of this case pursuant 28 U.S.C. § 1915A(a). (Docket No. 10.) The Court found that Plaintiff had failed to specify how each individual defendant caused a constitutional deprivation. (*Id.* at 2.) The Court dismissed the complaint with leave to amend to allow Plaintiff to attempt to correct this deficiency. (*Id.* at 3.) Plaintiff was ordered to file an amended complaint by May 21, 2015. (*Id.* at 4.) Plaintiff was warned that failure to file an amended complaint by the deadline would result in dismissal of this action. (*Id.*)

　　　　On April 29, 2015, Plaintiff filed a complaint in this case. (Docket No. 11.) However, it is the same complaint that he filed originally, and has the same deficiencies

1  which the Court identified in its April 21, 2015, Order of Dismissal with Leave to
2  Amend.  Accordingly, the Court DISMISSES this action without prejudice.  The Clerk
3  shall terminate all pending motions and deadlines.

5  DATED: _____5/20/2015_____            _____
                                         EDWARD J. DAVILA
6                                        United States District Judge