FILED

DEC 07 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARBOR MCELROY a/k/a LATWAHN MCELROY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. L. MUNIZ, et. al.,<br><br>　　　　Defendants. | No. C 15-00042 EJD (PR)<br><br>ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE MORE INFORMATION FOR UNSERVED DEFENDANTS; REQUESTING LITIGATION COORDINATOR ASSIST PLAINTIFF IN IDENTIFYING PROPER DEFENDANTS<br><br>(Docket Nos. 80, 81, 82, & 83) |

　　　On July 16, 2015, Plaintiff, a state prisoner at Pelican Bay State Prison, filed a first amended pro se civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at Salinas Valley State Prison ("SVSP") and Folsom State Prison ("FSP") where he was previously incarcerated. On September 10, 2015, the Court issued a partial order of service upon SVSP Defendants. (Docket No. 19.) On September 22, 2015, Litigation Coordinator G. Lopez sent a letter to the Court stating that Defendant Supervisor Dr. Norum had passed away. (Docket No. 43.) Mr. Lopez also sent letters to the Court stating that there have never been any officers by the names of "J. Kidd" and "A. Orenalis" employed at SVSP. (Docket Nos. 45 and 55.) Because Defendants Supervisor Dr. Norum, J. Kidd and A. Orenalis had not been served, Plaintiff was directed to provide the Court with more information regarding these Defendants or face dismissal of the

1 claims against them. (Docket No. 74.)

2 In response, Plaintiff has filed several motions seeking additional time for discovery and to order Defendants to provide addresses for the unserved defendants or be subject to sanctions. (Docket Nos. 80, 81, 82, and 83.) The motion for additional time is GRANTED. Plaintiff is granted an additional thirty days from the date this order is filed to file the necessary information. Plaintiff's motion for an order compelling Defendants to provide addresses for unserved Defendants is DENIED as it appears that the SVSP Litigation Coordinator has responded in good faith based upon the information provided by Plaintiff.

Plaintiff concedes that it is possible that Defendants Kidd and Orenalis' initials or name may be misspelled. (Docket No. 82 at 3.) In order to assist with the correct identification of these individuals, Plaintiff is directed to provide the Litigation Coordinator with all the information within his possession, e.g., badge number, rank, and work place assignment at the time of the alleged incidents, to enable the Coordinator to identify the proper defendant. He shall immediately send the information directly to G. Lopez at SVSP, and file a copy with the Court. The Court requests that the Litigation Coordinator respond to Plaintiff's request with the name of the correct individuals, if he is able to identify them, by filing notice with the Court **no later than fourteen days from the date he receives Plaintiff's request**. The Coordinator is also requested to provide the contact information for the estate of Defendant Supervisor Dr. Norum, if that information is known, by filing notice with the Court in the same time provided.

Ultimately, it is Plaintiff's responsibility to locate the unserved Defendants. If Plaintiff fails to provide the Court with the an accurate and current addresses for Defendants Kidd and Orenalis and the estate of Defendant Supervisor Dr. Norum **within thirty (30) days** of the date this order is filed, Plaintiff's claims against these Defendants will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

///

Order Granting Additional Time; Requesting Assist.
P:\PRO-SE\EJD\CR.15\00042McElroy_motions.wpd

2

This order terminates Docket Nos. 80, 81, 82, and 83.

DATED: 12/4/15

EDWARD J. DAVILA
United States District Judge

Order Granting Additional Time; Requesting Assist.
P:\PRO-SE\EJD\CR.15\00042McElroy_motions.wpd

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARBOR MCELROY,

        Plaintiff,

v.

W. L. MUNIZ, et al.,

        Defendants.

Case No. 5:15-cv-00042-EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/7/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Jarbor McElroy ID: P-71922
    Pelican Bay State Prison (PBSP)
    P. O. Box 7500
    Crescent City, Ca 95532

Dated: 12/7/2015

    Susan Y. Soong
    Clerk, United States District Court

    By: Elizabeth C. Garcia
    Elizabeth Garcia, Deputy Clerk to the
    Honorable EDWARD J. DAVILA