AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Jarbor McElroy
Plaintiff(s),

V.

W.L. Muniz, et. al,
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 15-00042 EJD (PR)

Notice is hereby given that, subject to approval by the court, Fortuna Israel, M.D. substitutes
(Party(s) Name)

Gina Papan , State Bar No. 143659 as counsel of record in
(Name of New Attorney)

place of Brian Johnson (SBN 266513)
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: California Department of Justice
Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004
Telephone: (415) 703-5956    Facsimile (415) 703-5843
E-Mail (Optional): gina.papan@doj.ca.gov

I consent to the above substitution.
Date: 12-2-15

*FORTUNA Israel MD*
(Signature of Party(s))

I consent to being substituted.
Date: 12/1/2015

*Brian D. Johnson*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/15/15

*Virginia I. Papan, Deputy Attorney General*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/16/2015

*Edward J. Davila*
United Status District Judge
Edward J. Davila

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]