UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARBOR MCELROY,<br><br>             Plaintiff,<br><br>   v.<br><br>W. L. MUNIZ, et al.,<br><br>             Defendants. | Case No. 15-00042 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner at Pelican Bay State Prison, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983.  On May 26, 2016, the Court granted Defendants motion to revoke Plaintiff's in forma pauperis status under 28 U.S.C. § 1915(g).  (Docket No. 118.)  Plaintiff was directed to pay the filing fee within fourteen days or this action would be dismissed without prejudice and without further notice.  (Id. at 6.)  Plaintiff has failed comply with the Court's order or have any further communication with this Court.  Accordingly, this case is DISMISSED for failure to pay the filing fee.

The Clerk shall terminate any pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated: __7/5/16_____        _____
                                                          EDWARD J. DAVILA
                                                          United States District Judge